TO The Clerk of The Criminal Court of Appeals

ABEL ACOSTA                                    84,101-01

This is Elmo Fortenberry I Sent A Writ

OF Review with CAuse NO. CR43001 TriAl Court

And CAuse NO. 11-15-00077-CR C.O.A

iT should HAve HAd, 11-15-00208-CR C.O.A ALSO

BuT I For qot ThAt one AnY WAY I Sent

The Writ On 10-05-15 LeFT The unit

10-6-15 I HAve receved NO NOTice OF YAll

Receving And Filing iT NOT HAve You Sent

iT BACK PleAs NOTiFY me OF This

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

SenCerlY

ELmo For TenberrY
TDCJ # 1949652